UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JOHN SILVER,<br><br>  Petitioner,<br><br>  v.<br><br>TRAVIS PENNINGTON, Warden,<br><br>  Respondent. | Case No. 2:24-cv-05731-HDV-SSC<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: 01/09/25

                                      HONORABLE HERNÁN D. VERA
                                     UNITED STATES DISTRICT JUDGE